IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN G. SCHNEPEL and DAWN SCHNEPEL, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV183 |
| v. | ) ) | |
| STEVENS TRANSPORT, INC., a Texas corporation, and JOSEPH A. IHLE, JR., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint stipulation and motion to dismiss (Filing No. 11). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED this 27th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court